J. ERNEST WELHAVEN et al., Appellants, *v.* JEANNETTE KOHN, Respondent.

Submitted July 23, 1940; decided October 2, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 705.)